James Curtis SUTTON, Plaintiff–Appellee

v.

Deputy Cedric D. PAYNE; Clent Rambin, Defendants–Appellants.

No. 12–30980.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 20, 2013.

Douglas Lee Harville, Harville Law Firm, L.L.C., Shreveport, LA, for Plaintiff-Appellee.

Jennifer P. McKay, Esq., Barham, Warner, Stroud & McKay, Shreveport, LA, for Defendants–Appellants.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.